**Order entered July 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00096-CV

**DONNELL HILL, Appellant**

**V.**

**WELLS ASSET MANAGEMENT, INC., ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01039-B**

## ORDER

We **GRANT** appellant's July 23, 2015 second motion for an extension of time to file a brief. Appellant shall file a brief by **AUGUST 25, 2015**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE